■ JOHN NATHENAS et al., Appellants, v PICASSO VILLAS DEVELOPMENT CORP. et al., Defendants, and GARY GALLAGHER, ARCHITECT, P. C., Respondent. [630 NYS2d 940] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Robbins, J.), dated March 4, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Robbins at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.